UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:05-CV-2255-T-30TGW
Judge James S. Moody, Jr.

NORTEL NETWORKS LIMITED, a Canadian
corporation and NORTEL NETWORKS INC,
a Delaware corporation,

    Plaintiffs,

v.

A1 TELETRONICS, INC., a Florida
corporation, and AMERICA II
ELECTRONICS, INC., a Florida corporation,
a/k/a America II Group Corp.,

    Defendants.
_____

**ORDER ON MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION, AND REQUEST FOR PRODUCTION OF DOCUMENTS**

THIS CAUSE came before the Court on December 15, 2005, for a show cause hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 3) and Defendants' Motion to Dissolve Temporary Injunction (Dkt. 16). Pursuant to Federal Rule of Civil Procedure 65(b), the Court proceeded with the application for a preliminary injunction. The Court having considered the Motions, arguments of counsel and being otherwise duly advised in the premise, it is hereby

**ORDERED** as follows:

1.    The Motion to Dissolve Temporary Injunction (Dkt. 16) is granted; the temporary restraining order issued on December 9, 2005, is dissolved. The Court will not enter a preliminary injunction order.

2. It is further **ORDERED** that the request for expedited discovery is granted. On or before December 20, 2005, Defendants shall provide to Plaintiffs documents evidencing the chains of purchase for the following authorization codes, generation of keycodes, telephones and digital line cards:

>Authorization # 29310990
>keycodes: 52901722-00271396-76638011
>
>Authorization #03451726
>keycodes: 32434081-96945683-83220229
>
>Authorization #73831210
>keycodes: 82702251-99329079-70860920
>
>Authorization #60301209
>keycodes: 22308281-96765620-46279906
>
>Authorization # 63692810
>Keycode: 22501242-02343304-16532350
>
>Authorization # 85485870
>Keycode: 32753331-97206656-71542652
>
>Authorization # 42127891
>Keycode: 32753381-12483333-37351734

| | | |
|---|---|---|
| NT8D02GA | Digital Line Card | NNTMENC53RT6 |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2441C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2486C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2516C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2508C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2495C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2540C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2872C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2453C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2537C |
| NT8B27JAAA | T7316 Telephone Set | NNTMABH2532C |

The documents shall be produced via facsimile, electronic transmission or hand delivery to counsel for Plaintiffs.

      3.      It is further **ORDERED** that on or before January 15, 2006, Plaintiffs shall produce Kevin McGuire, Peter Hlavnicka and John Dietz for deposition relating to their investigation and analysis of the matters involved in this case.

      4.      It is further **ORDERED** that the file shall be UNSEALED.

      5.      All other pending motions are denied as MOOT.

**DONE** and **ORDERED** in Tampa, Florida on December 29, 2005 (11:04am).

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
All Counsel/Parties of Record

S:\Odd\2005\05-cv-2255 TRO order.wpd